UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-04833-MMM(AGRx) | Date | July 27, 2010 |

| | |
|---|---|
| Title | Alphonso Henderson v. Tracy Lauren Marrow et al |

| | |
|---|---|
| Present: The Honorable | MARGARET M. MORROW |

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**   Order to Show Cause re Copyright, Patent, and Trademark Reporting Requirements

   On July 8, 2010, the Clerk's Office sent a notice to plaintiff re copyright, patent, and trademark reporting requirements.  As of today's date, the plaintiff has not filed the required AO-120 and/or AO-121 form(s).

   The court hereby orders plaintiff to show cause in writing, on or before **August 6, 2010**, why this case should not be dismissed for failure to comply with this requirement. The order to show cause will stand submitted upon the filing of plaintiff's response.  The plaintiff may file the required form(s) as a satisfactory response to this order.